**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. McClurg*, Slip Opinion No. 2020-Ohio-3696.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3696

THE STATE OF OHIO, APPELLANT, *v.* MCCLURG, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. McClurg*, Slip Opinion No. 2020-Ohio-3696.]**

*Court of appeals' judgment reversed on the authority of* State v. Howard *and cause remanded.*

(No. 2018-1410—Submitted July 8, 2020—Decided July 15, 2020.)

APPEAL from the Court of Appeals for Richland County,

No. 17CA98, 2018-Ohio-3840.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of *State v. Howard*, __ Ohio St.3d __, 2020-Ohio-3195, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Gary D. Bishop, Richland County Prosecuting Attorney, and Joseph C. Snyder, Assistant Prosecuting Attorney, for appellant, state of Ohio.

_____